| | |
|---|---|
| JERRY LEE KING,<br><br>    Plaintiff,<br><br>  v.<br><br>R. VILLEGAS, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00676-AWI-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO COMPLETE AND RETURN SERVICE DOCUMENTS, AND DIRECTING CLERK TO SEND PLAINTIFF A COPY OF HIS COMPLAINT (ECF NO. 1)<br><br>(ECF NO. 16)<br><br>30 DAY DEADLINE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Jerry King ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 28, 2018, Plaintiff filed a motion for an extension of time to complete and return the service documents. (ECF No. 16). Plaintiff also asks for a copy of his complaint. (Id.). Plaintiff explains that he needs more time because he does not have access to his legal property. Plaintiff explains that he needs a copy of his complaint because, while the Court ordered that he be sent a copy, he never received one.

The Court finds good cause to grant Plaintiff's motion.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty (30) days from the date of service of this order to complete and return the service documents; and

---

[1] The Court notes that Plaintiff must submit signed copies of the complaint for service, as well as file a signed copy with the Court. (ECF No. 14, p. 2).

2. The Clerk of Court is directed to send Plaintiff a copy of his complaint (ECF No. 1).

IT IS SO ORDERED.

Dated: **March 1, 2018**  /s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE