

FILED
JAN 17 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEE KING,<br><br>    Plaintiff,<br><br>v.<br><br>R. VILLEGAS and P. CRUZ,<br><br>    Defendants. | Case No. 1:17-cv-00676-AWI-EPG (PC)<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THAT THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF NO. 42)<br><br>**As to Jerry Lee King, #AT-4450** |

    A settlement conference in this case commenced on January 17, 2019, at 9:30 a.m., and plaintiff Jerry Lee King, prisoner, has given testimony before the Court. Inmate witness **Jerry Lee King, #AT-4450**, is no longer needed by the Court as a witness in these proceedings, and the Writ of Habeas Corpus Ad Testificandum as to this inmate, issued on December 17, 2018, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 1/17/19

_____
UNITED STATES MAGISTRATE JUDGE