UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JERRY LEE KING, | Case No. 1:17-cv-00676-AWI-EPG (PC) |
|---|---|
| Plaintiff, | ORDER FOR PLAINTIFF TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR |
| v. | |
| R. VILLEGAS, *et al.*, | |
| Defendants. | ORDER FOR WARDEN OF MULE CREEK STATE PRISON TO SHOW CAUSE WHY HE OR SHE SHOULD NOT BE SANCTIONED FOR FAILURE TO COMPLY WITH A COURT ORDER |
| | ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON, THE WARDEN OF MULE CREEK STATE PRISON, AND THE LITIGATION COORDINATOR AT MULE CREEK STATE PRISON |

Jerry Lee King ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

On September 14, 2018, the Court issued an order that, among other things, set a Discovery and Status Conference for February 25, 2019 at 1:30 PM. (ECF No. 36). The order stated:

> A discovery and status conference is set for February 25, 2019, at 1:30 p.m. Parties have leave to appear by phone. To join the

> conference, each party is directed to call the toll-free number (888) 251−2909 and use Access Code 1024453.
>
> . . .
>
> Plaintiff shall make arrangements with staff at his or her institution of confinement for his or her attendance at the discovery and status conference. Plaintiff's institution of confinement shall make Plaintiff available for the conference at the date and time indicated above. To the extent possible, prior to the conference defense counsel shall confirm with Plaintiff's institution of confinement that arrangements have been made for Plaintiff's attendance.

(Id. at 4-5).

The Court attempted to hold the conference on the date and time ordered. The undersigned and her court staff were present. Counsel Aseil H. Mohmoud telephonically appeared on behalf of Defendants. However, Plaintiff failed to appear.

Ms. Mohmoud stated on the record that prior to the conference, she contacted Plaintiff's institution of confinement, Mule Creek State Prison, and confirmed that the institution was aware of the conference and would make Plaintiff available. When Plaintiff failed to attend the conference, Ms. Mohmoud also attempted to contact the litigation coordinator for the institution. After several attempts, it appears that defense counsel reached someone at the institution and tried to find Plaintiff to have him attend the conference. Ms. Mohmoud told the Court that the institution was trying to locate Plaintiff and then trying to call-in to the conference. However, although the Court waited for over twenty minutes for Plaintiff to appear, he failed to do so. The Discovery and Status Conference was not held, and was continued to **March 11, 2019 at 9:30 a.m.**

Accordingly, the Court will order Plaintiff to show cause why he should not be sanctioned for failing to appear at the conference.

The Court will also order the Warden of Mule Creek State Prison to show cause why he or she should not be sanctioned for failing to comply with the Court's order directing Plaintiff's institution of confinement to make Plaintiff available for the conference (ECF No. 36 at 4).

Based on the foregoing, IT IS ORDERED that:

1. Plaintiff shall show cause why sanctions should not issue for his failure to attend

the conference. Plaintiff has until March 8, 2019, to file a written response explaining why he did not attend the conference;

2. The Warden of Mule Creek State Prison shall show cause why sanctions should not issue for the Warden's failure to comply with the Court's order directing Plaintiff's institution of confinement to make Plaintiff available for the conference. The Warden has until March 8, 2019, to file a written response explaining why he or she did not make Plaintiff available for the conference;

3. The parties shall appear for a Telephonic Discovery and Status Conference on **March 11, 2019 at 9:30 a.m.** To join the conference, each party is directed to call the toll-free number **(888) 251−2909** and use **Access Code 1024453**. Plaintiff shall make arrangements with staff at his institution of confinement for his attendance at the discovery and status conference. Plaintiff's institution of confinement shall make Plaintiff available for the conference at the date and time indicated above. To the extent possible, prior to the conference defense counsel shall confirm with Plaintiff's institution of confinement that arrangements have been made for Plaintiff's attendance; and

4. The Clerk of Court is directed to serve a copy of this order on Supervising Deputy Attorney General Monica Anderson, the Warden of Mule Creek State Prison and the Litigation Coordinator at Mule Creek State Prison.

IT IS SO ORDERED.

Dated:   **February 27, 2019**            /s/ _Erica P. Grosjean_
                                          UNITED STATES MAGISTRATE JUDGE