# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEE KING,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. VILLEGAS and P. CRUZ,<br><br>　　　　Defendants. | Case No. 1:17-cv-00676-AWI-EPG (PC)<br><br>ORDER REQUESTING THAT THE WARDEN OF CALIFORNIA CORRECTIONAL INSTITUTION RESPOND TO PLAINTIFF'S MOTION<br><br>(ECF NO. 74)<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND PLAINTIFF'S MOTION (ECF NO. 74) TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON, THE WARDEN OF CALIFORNIA CORRECTIONAL INSTITUTION, AND THE LITIGATION COORDINATOR AT CALIFORNIA CORRECTIONAL INSTITUTION |

Jerry King ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 24, 2019, Plaintiff filed a motion for a court order (ECF No. 74), which the Court construes as a motion requesting an order under the All Writs Act, 28 U.S.C. § 1651. In his motion, Plaintiff alleges that he has been locked in his cell since March 26, 2019. Plaintiff is not being allowed to go to the law library. Because of this, Plaintiff is unable to meet court deadlines. He is being told that he is not allowed to leave his cell because he is still on orientation status, but he is no longer on orientation status. Additionally, officers searched his cell, "and tore it apart[,] mixing [his] court papers all up." (Id. at 2).

Given Plaintiff's allegation that he is unable to adequately access the courts, the Court will request that the Warden of California Correctional Institution file a response to Plaintiff's motion.

Accordingly, IT IS REQUESTED that, within twenty-one (21) days from the date of service of this order, the Warden of California Correctional Institution file a response to Plaintiff's motion.

Additionally, IT IS ORDERED that the Clerk of Court is directed to serve Supervising Deputy Attorney General Monica Anderson, the Warden of California Correctional Institution, and the Litigation Coordinator at California Correctional Institution with a copy of this order and Plaintiff's motion (ECF No. 74).

IT IS SO ORDERED.

Dated: **April 29, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE