UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEE KING,<br><br>        Plaintiff,<br><br>    v.<br><br>R. VILLEGAS and P. CRUZ,<br><br>        Defendants. | Case No. 1:17-cv-00676-AWI-EPG (PC)<br><br>ORDER REQUIRING DEFENDANTS TO FILE STATUS REPORT |

On October 25, 2019, the Court granted Defendants motion to stay this case, ordering that "[t]his case is STAYED pending resolution of the related state criminal proceeding (Kern County Superior Court case number DF012989A) and until further order of the Court. Defendants are directed to file a notice of resolution of the state criminal proceeding within thirty days of such resolution." (ECF No. 89, p. 5).

Given the amount of time that has elapsed since the Court's order staying this case, IT IS ORDERED that, within twenty-one days from the date of service of this order, Defendants shall file a report regarding the status of the related state criminal proceeding (Kern County Superior Court case number DF012989A).
IT IS SO ORDERED.

Dated:   **July 23, 2020**                              /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE