UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY LEE KING,**<br><br>**Plaintiff,**<br><br>v.<br><br>**R. VILLEGAS and P. CRUZ,**<br><br>**Defendants.** | CASE NO. 1:17-cv-00676-AWI-EPG (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF**<br><br>(Doc. Nos. 99 & 101) |

Plaintiff Jerry King is a state prisoner proceeding pro se and in forma pauperis with this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On September 21, 2021, Plaintiff filed what the Court construes as a motion for injunctive relief. Doc. No. 99. On September 23, 2021, the assigned magistrate judge entered findings and recommendations, recommending that Plaintiff's motion be denied. Doc. No. 101 at 3–4. Plaintiff was provided an opportunity to file objections to the findings and recommendations. Id. at 4. The deadline to do so has passed and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

///

///

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 101) that were issued on September 23, 2021, are ADOPTED in full; and

2. Plaintiff's motion for injunctive relief (Doc. No. 99) is DENIED.

IT IS SO ORDERED.

Dated:   October 29, 2021

SENIOR  DISTRICT  JUDGE