UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEE KING,<br><br>                              Plaintiff,<br><br>    v.<br><br>R. VILLEGAS and P. CRUZ,<br><br>                              Defendants. | Case No. 1:17-cv-00676-AWI-EPG (PC)<br><br>ORDER DIRECTING DEFENSE COUNSEL TO CONTACT ADR COORDINATOR WITHIN FOURTEEN DAYS TO SCHEDULE SETTLEMENT CONFERENCE |

On April 26, 2023, the Court denied Defendants' motion for judgment on the pleadings. (ECF No. 118). Additionally, the dispositive motion deadline has passed, and no other dispositive motions have been filed. Accordingly, the Court will require the parties to participate in a second settlement conference before the case proceeds further. If the case does not settle, the Court will issue an additional scheduling order for the deadlines to proceed to trial.

Accordingly, IT IS ORDERED that defense counsel has fourteen days from the date of service of this order to contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule a second settlement conference.

IT IS SO ORDERED.

Dated:  **April 27, 2023**                           /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE

1