1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JERRY LEE KING,                          Case No. 1:17-cv-00676 JLT-EPG (PC)

12              Plaintiff,                      ORDER (1) SETTING SETTLEMENT
                                                CONFERENCE, (2) REQUIRING PERSONAL
13         v.                                   ATTENDANCE BY CERTAIN
                                                INDIVIDUALS, AND (3) REQUIRING
14    R. VILLEGAS, *et al.*,                    SETTLEMENT CONFERENCE
                                                STATEMENT MEETING CERTAIN
15              Defendants.                     PARAMETERS

16

17         Magistrate Judge Jeremy D. Peterson will hold a settlement conference by Zoom on

18    October 24, 2023 at 10:00 a.m.  Counsel for the defendant(s) is directed to contact Courtroom

19    Deputy Nic Cannarozzi via email at ncannarozzi@caed.uscourts.gov one week prior to the

20    scheduled settlement conference to report on the institution's ability to produce the inmate for a

21    remote appearance.  The court expects that the parties will proceed with the settlement conference

22    in good faith and attempt to resolve all or part of the case.  If any party believes that the

23    settlement conference will not be productive, that party shall so inform the court as far in advance

24    of the settlement conference as possible.  Unless otherwise permitted in advance by the court, the

25    following individuals must attend the settlement conference: (1) all of the attorney(s) who will try

26    the case; and (2) individuals with full authority to negotiate and settle the case, on any terms.

27         No later than one week prior to the settlement conference, each party must submit to

28    Judge Peterson's chambers at jdporders@caed.uscourts.gov, or by mail at U.S. District Court,

                                                1

1    501 I Street, Suite 4-200, Sacramento, CA 95814, a confidential settlement conference statement.

2    These statements should neither be filed on the docket nor served on any other party.  The

3    statements should be marked "CONFIDENTIAL" and should state the date and time of the

4    conference.  The statements should not be lengthy but should include:

5           (1) a brief recitation of the facts;

6           (2) a discussion of the strengths and weaknesses of the case;

7           (3) an itemized estimate of the expected costs for further discovery, pretrial, and trial

8    matters, in specific dollar terms;

9           (4) your best estimate of the probability that plaintiff will obtain a finding of liability

10   should this case proceed to trial, in percentage terms;

11          (5) should this case proceed to trial and defendant be found liable, please provide the

12   following, in specific dollar terms:

13                (a) a realistic high-end recovery estimate (*i.e.*, realistic best- or worst-case

14   scenario);

15                (b) a realistic low-end recovery estimate (*i.e.*, realistic worst- or best-case

16   scenario); and

17                (c) a best estimate of the most likely outcome;

18          (6) a history of settlement discussions, including:

19                (a) a statement of your expectations for settlement discussions;

20                (b) a listing of any past and present settlement offers from any party (including all

21   terms);

22                (c) whether your party would consider making the opening offer or demand, and

23   what that offer might be[1];

24          (7) a list of the individuals who will be participating in the settlement conference on your

25   party's behalf, including each participant's name and, if appropriate, title;

26          (8) plaintiff's anticipated release date;

27   _____

28   [1] Please note that Judge Peterson will consider this response, among others, in evaluating
     whether proceeding with a settlement conference appears worthwhile.

2

1        (9) an estimate of restitution and fees, including court fees and filing fees, owed by

2    plaintiff; and

3        (10) identification of any related cases, any prior resolutions involving the plaintiff, or of

4    any other cases that the parties might wish to discuss at this settlement conference.

5

6        In accordance with the above, it is hereby ORDERED that:

7        1.  A settlement conference is set before Magistrate Judge Peterson on October 24, 2023,

8    at 10:00 a.m.

9        2.  No later than October 17, 2023, each party must submit a confidential settlement

10    conference statement, as described above, to Magistrate Judge Peterson.

11

12

13    Dated:  May 22, 2023                    _____

14                               JEREMY D. PETERSON

15                               UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28